NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-170

MARY LOUISE LEGER and ROGER LEGER

VERSUS

JOANN CAPEL, STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, ANITRA L. HANKS, and LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 77,963
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Billie Colombaro Woodard, and
Jimmie C. Peters, Judges.

AFFIRMED AS AMENDED.

Joseph Frazer Gaar, Jr.
P. O. Box 2053
Lafayette, LA 70502
(337) 233-3185
Counsel for: Plaintiffs-Appellants
     Mary Louise Leger and Roger Leger

Terry L. Rowe
P. O. Drawer 80655
Lafayette, LA 70598-0655
Counsel for: Defendant-Appellee
     State Farm Mutual Auto Ins. Co.

**Jimmy L. Dauzat**
**505 S. Court Street**
**Opelousas, LA 70571-1450**
**Counsel for: Defendant-Appellee**
      **Louisiana Farm Bureau Casualty Ins. Co. and Anitra L. Hanks**

**David Oliver Way**
**P. O. Box 80655**
**Lafayette, LA 70598-0655**
**Counsel for: Defendant-Appellee**
      **Louisiana Farm Bureau Casualty Ins. Co.**